

PROVIDED TO
SANTA ROSA CI ON
FEB 1 8 2022
FOR MAILING BY

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

CHRISTOPHER MICHAEL TIERNEY,
Inmate # R56554
(Enter full name of Plaintiff)

AMENDED COMPLAINT

vs.

CASE NO: 3:20-cv-05738-LC-EMT
(To be assigned by Clerk)

OFFICER J. HATTAWAY,
OFFICER DUNHAM,
OFFICER TAYLOR,
OFFICER HUTCHENSON,

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
FEB 22 '22 PM3:29  MB

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: CHRISTOPHER MICHAEL TIERNEY
Inmate Number: R56554
Prison or Jail: SANTA ROSA CORRECTIONAL INSTITUTION
Mailing address: 5850 E. MILTON RD.
MILTON, FL. 32583

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: OFFICER J. HATTAWAY
Official position: OFFICER
Employed at: OKALOOSA CORRECTIONAL INSTITUTION
Mailing address: 3189 COLONEL GREG MALLOY RD.
CRESTVIEW, FL. 32539-6708

(2) Defendant's name: OFFICER DUNHAM
Official position: OFFICER
Employed at: SANTA ROSA CORRECTIONAL INSTITUTION
Mailing address: 3189 COLONEL GREG MALLOY RD.
CRESTVIEW, FL. 32539-6708

(3) Defendant's name: OFFICER TAYLOR
Official position: OFFICER
Employed at: OKALOOSA CORRECTIONAL INSTITUTION
Mailing address: 3189 COLONEL GREG MALLOY RD.
CRESTVIEW, FL. 32539-6708

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

CONTINUATION OF DEFENDANTS...

4. DEFENDANTS NAME: OFFICER HUTCHENSON
OFFICIAL POSITION: OFFICER
EMPLOYED AT: OKALOOSA CORRECTIONAL INSTITUTION
MAILING ADDRESS: 3189 COLONEL GREG MALLOY RD.
                 CRESTVIEW, FL. 32539-6708

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes ( )    No (✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A    Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes (✓)    No ( )

1. Parties to previous action:
   a. Plaintiff(s): CHRISTOPHER M. TIERNEY
   b. Defendant(s): DEPUTY RYAN FERGUSON, DEPUTY PAUL BAILEY
2. District and judicial division: MIDDLE DISTRICT OF FLORIDA; TAMPA DIVISION
3. Name of judge: N/A    Case #: 8:13-CV-1684-T-27MAP
4. Approximate filing date: 2013
5. If not still pending, date of dismissal: 2014
6. Reason for dismissal: FAILURE TO STATE A CHANGE OF ADDRESS

3

(B) FEDERAL COURT CASES CONTINUED...

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): CHRISTOPHER M. TIERNEY
   b. DEFENDANT(S): DEPUTY RYAN FERGUSON, DEPUTY PAUL BAILEY, SHERIFF CHRIS NOCCO (PASCO COUNTY SHERIFF'S DEPARTMENT)
2. DISTRICT AND JUDICIAL DIVISION: MIDDLE DISTRICT OF FLORIDA; TAMPA DIVISION.
3. NAME OF JUDGE: ELIZABETH A. KOVECHAVICH   CASE NO.: 8:16-CV-2917-T-17AEP
4. APPROXIMATE FILING DATE: AUGUST 2016
5. IF NOT STILL PENDING, DATE OF DISMISSAL: DECEMBER 2019
6. REASON FOR DISMISSAL: SETTLEMENT REACHED BETWEEN PARTIES.
7. FACTS AND CLAIMS OF CASE: 14TH AMENDMENT VIOLATION; EXCESSIVE USE OF FORCE ON A PRETRIAL DETAINEE.


1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): CHRISTOPHER M. TIERNEY
   b. DEFENDANT(S): SERGEANT HUNTER HARRISON, ET AL.
2. DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT OF FLORIDA; TALLAHASSEE DIVISION
3. NAME OF JUDGE: ELIZABETH M. TIMOTHY   CASE NO.: 4:21-CV-00174-WS-MAF
4. APPROXIMATE FILING DATE: APRIL 23, 2021
5. IF NOT STILL PENDING, DATE OF DISMISSAL: N/A
6. REASON FOR DISMISSAL: N/A
7. FACTS AND CLAIMS OF CASE: 8TH AMENDMENT VIOLATION; CRUEL AND UNUSUAL PUNISHMENT.

7. Facts and claims of case: 14 AMENDMENT VIOLATION; EXCESSIVE USE OF FORCE ON A PRETRIAL DETAINEE

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in* Questions (A) and (B)) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): CHRISTOPHER M. TIERNEY
   b. Defendant(s): DEPUTY RYAN FERGUSON, DEPUTY PAUL BAILEY
2. District and judicial division: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
3. Name of judge: N/A    Case #: 8:13-CV-1684-T-27MAP
4. Approximate filing date: 2013
5. If not still pending, date of dismissal: 2014
6. Reason for dismissal: FAILURE TO STATE A CHANGE OF ADDRESS
7. Facts and claims of case: 14TH AMENDMENT VIOLATION; EXCESSIVE USE OF FORCE ON A PRETRIAL DETAINEE

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A    Case Docket # N/A
4. Approximate filing date: N/A    Dismissal date: N/A
5. Reason for dismissal: N/A

4

(C)
FEDERAL COURT CASES CONTINUED...

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): CHRISTOPHER M. TIERNEY
   b. DEFENDANT(S): DEPUTY RYAN FERGUSON, DEPUTY PAUL BAILEY, SHERIFF CHRIS NOCCO (PASCO COUNTY SHERIFF'S DEPARTMENT)
2. DISTRICT AND JUDICIAL DIVISION: MIDDLE DISTRICT OF FLORIDA; TAMPA DIVISION.
3. NAME OF JUDGE: ELIZABETH A. KOVECHAVICH   CASE NO.: 8:16-CV-2917-T-17AEP
4. APPROXIMATE FILING DATE: AUGUST, 2016
5. IF NOT STILL PENDING, DATE OF DISMISSAL: DECEMBER 2019
6. REASON FOR DISMISSAL: SETTLEMENT REACHED BETWEEN PARTIES.
7. FACTS AND CLAIMS OF CASE: 14TH AMENDMENT VIOLATION; EXCESSIVE USE OF FORCE ON A PRETRIAL DETAINEE.

1. PARTIES TO PREVIOUS ACTION:
   a. PLAINTIFF(S): CHRISTOPHER M. TIERNEY
   b. DEFENDANT(S): SERGEANT HUNTER HARRISON, ET AL.
2. DISTRICT AND JUDICIAL DIVISION: NORTHERN DISTRICT OF FLORIDA; TALLAHASSEE DIVISION.
3. NAME OF JUDGE: ELIZABETH M. TIMOTHY   CASE NO.: 4:21-CV-00174-WS-MAF
4. APPROXIMATE FILING DATE: APRIL 23, 2021
5. IF NOT STILL PENDING, DATE OF DISMISSAL: N/A
6. REASON FOR DISMISSAL: N/A
7. FACTS AND CLAIMS OF CASE: 8TH AMENDMENT VIOLATION; CRUEL AND UNUSUAL PUNISHMENT.

6. Facts and claims of case: N/A

_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

Upon being transferred to Okaloosa Correctional Institution, while on "P.M." status (Protection Management) because of Century Correctional Institution experiencing problems with the institutions' water supply, I was getting my picture taken by L.T. Meritt and she made a few comments to me, this was 5-10-2020, approximately 11:30 A.M., in the picture room of the building I entered directly off the bus at Okaloosa C.I.. L.T. Meritt asked me, "Do you have a number tattooed on you anywhere?" I replied, "No, ma'am.", she (L.T. Meritt) stated, "Because you look like you just came from a concentration camp!" and started laughing with two other corrections officers. I replied, "That's hilarious, I've been in confinement for almost 3 years." She (L.T. Meritt) stated, "Well stop being a pussy!", I then stated, "I've been on C.M. for battery on an officer." She then stated "Tomato, Tomato." At one point I told L.T. Meritt that I use to be at Okaloosa C.I.. After getting my photo taken, I was told to stand in the hallway, close to the door of the photo room. I heard L.T. Meritt tell other officers that I had a battery on an officer from Okaloosa C.I.. After being strip searched and inventorying my property, I was told to stand in a line in the hallway, outside of the room I was strip searched in. Officer R. Day went down the line applying "flexi-cuffs", he put mine on, the left cuff was so tight it was cutting off circulation in my hand. I had —

5

my property in a pillow case in my hands behind my back. Officer Taylor approached me and took the pillow case out of my hand and grabbing my "flexi-cuffs" in the middle and pulling me out of line while asking another officer, "This the guy?" Officer Taylor walked me down the hallway towards where I got off the bus at, Officer Cook said, "Yeah, and he was eyeballin' the shit out of you!" Officer Taylor pulled me around, down a hallway with cells which were empty and I was told to walk. I could see other officers in the hallway. Once I got to a spot by a shower stall and was told to turn around and sit on the ground. These were Officers Hattaway + Dunham coming towards me. Taylor grabbed me by the back of the shirt and Hattaway + Dunham helped push me backwards into the shower stall. Officer Hattaway said, "Don't you ever put your hands on my staff members again!", I saw Taylor unscrewing a white caustics bottle and I was saying, "I didn't put my hands on your staff members, she's lying!" Officer Hattaway put a ripped blue towel over my face and had his body pressing down on me. The towel was already wet, I was trying to breathe as I was having a panic attack. Then one of the officers started pouring water into the towel on my face. I was slightly tilted back, my back was hurting from the ledge/step pressing into my back. I felt like I was going to drown and was struggling to get air. I was trying to kick Officer Hattaway off of me. Eventually, after struggling, officers lifted me up. Then Officer Hattaway put me up against the wall by my throat, Hattaway was squeezing my throat so hard I couldn't breathe in or out. Officer Dunham was talking to me and I was trying to tell him I respected the officers at Okaloosa C.I. But due to Hattaway's grip on my throat I couldn't talk either. I was struggling and involuntarily kicked out with my left leg and I barely hit Dunham with my foot. My left wrist was in so much pain, I had felt a pop during the struggle in the shower stall and my thumb on my left hand went numb. It felt like the officers—

6

(V.)

CONTINUATION OF STATEMENT OF FACTS...
BROKE OR FRACTURED MY WRIST, AND HAND, DUE TO THEIR MALICIOUS AND SADISTIC BEHAVIOR. OFFICER HATTAWAY LET GO OF MY THROAT AND OFFICER DUNHAM PUNCHED ME IN THE RIGHT RIB CAGE AREA REALLY HARD AND SAID, "THAT'S FOR KICKING ME!" I WAS TOLD TO WALK AND TOLD THE OFFICERS I NEED MY CROCS AND MY PROPERTY. MY CROCS HAD COME OFF DURING THE "WATERBOARDING" STRUGGLE. AFTER GETTING MY CROCS AND PROPERTY, I HEARD AND SAW OFFICER HUTCHENSON COME INTO THE HALL AND SAY, "THE TRAINS' LEAVIN', THE TRAINS' LEAVIN'!"... HE (HUTCHENSON) WALKED UP TO ME AND HIT ME ON TOP OF THE HEAD AND SAID, "YOU AIN'T GONNA TELL NOBODY, YOU AIN'T GONNA TELL RIGHT?" I SAID, "NO, SIR!"... I WAS THEN TOLD BY OFFICER WALSH TO WALK WITH HIM AND WE (OFFICER WALSH AND I) WALKED AROUND THE BACK WAY BY THE CHOW HALL, AROUND PAST MEDICAL TO E-DORM. I COULD SEE EVERYONE ELSE (INMATES) ALREADY ENTERING E-DORM. I WAS ESCORTED INTO E-DORM LATER THAN THE OTHER INMATES. THE COLONEL WAS TALKING TO THE INMATES, AS SOON AS THE COLONEL GOT CLOSE I TOLD HIM, "I WAS JUST ASSAULTED BY YOUR STAFF MEMBERS!" HE SAID SOMETHING LIKE 'IT HAPPENS, SO WHAT', AND WALKED PAST ME, HE DIDN'T CARE. THIS IS DELIBERATE INDIFFERENCE AND FAILURE TO REPORT. THEN OFFICER J. HATTAWAY LEANED IN MY EAR AND SAID, "THAT ONE'S GONNA COST YOU!" I WAS THEN TAKEN TO MY CELL, AFTER "FLEXI-CUFFS" WERE CUT OFF. NEXT SHIFT I DECLARED MEDICAL EMERGENCY AND NURSE CARPENTER REFUSED TO PROPERLY AND FULLY DOCUMENT MY INJURIES, AFTER I TOLD HER WHAT HAPPENED AND THE PAIN I WAS IN, SHE DID NOT EXAMIN MY BODY AND/OR PRESCRIBE/GIVE ME ANY PAIN MEDICATION, NOR DID SHE REPORT ANYTHING. I HAD TO FILL OUT A SICK CALL AND WAIT TILL THE FOLLOWING DAY TO SEE A NURSE. THE NURSE LIFTED MY SHIRT UP AND NOTICED ALL THE CONTUSIONS/ABRASIONS/CUTS FROM THE SHOWER STALL LEDGE.. NOW I HAVE A MESSED UP WRIST AND THUMB WITH NERVE DAMAGE IN MY LEFT WRIST/THUMB. I ALSO HAD TO ENDURE BOTH PHYSICAL AND MENTAL PAIN AND SUFFERING/HUMILIATION IN VIOLATION OF MY 8TH AMENDMENT, BAN ON CRUEL AND UNUSUAL PUNISHMENT. I ALSO HAD BRUISING, SCRAPES, CONTUSIONS, AND CUTS ON MY BACK, HEAD, AND ARMS FROM STRUGGLE. MY THROAT HURT TO SWALLOW OR TALK FOR A WEEK OR SO AFTER INCIDENT. INJURIES WERE PHOTOGRAPHED BY I.G.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My 8th Amendment, ban on cruel and unusual punishment; physical and mental pain and suffering; conspiracy to deprive me of my constitutional rights; deliberate indifference; assault and battery; infliction of emotional distress; permenant disfigurement; failure to report; failure to intervene/protect; Fla Stat. 944.35

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Supplemental jurisdiction; compensatory and punitive damages

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2/20/22
(Date)

Christopher M. Tierney
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the __18__ day of __FEBRUARY__, 20_22_.

Christopher M. Tierney
(Signature of Plaintiff)

Revised 03/07

7

# INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☒ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | CHRISTOPHER TIERNEY | R56554 | E-3110L | N/A | 5-11-20 |

**REQUEST**  Check here if this is an informal grievance ☑

I was "waterboarded" and assaulted by officers (S. HATHAWAY; DUNHAM; P. WALSH; TAYLOR; HUTCHENSON) when I arrived at Okaloosa C.I. during receiving for no lawful reason. I want to press charges immediately. I also want to speak with the Inspector General A.S.A.P. This is a violation of my 8th Amendment, cruel and unusual punishment. This assault took place at approximately 12:00/12:30 A.M., in a shower stall and hallway in the building when you first come in off the bus. These officers have broken a bone in my wrist/hand on my left arm. The L.T on shift told them to do it. I was also choked really bad. Please preserve all audio/video from receiving building and compound cameras, and E-Dorm wing 3 cameras from (5-10-20)+(5-11-20) for litigation purposes. As you can see I arrive late to E-Dorm soaking wet, and officers escort me across compound by myself.

Inmate (Signature): /s/ C.M. Tierney     DC#: R56554

---

**DO NOT WRITE BELOW THIS LINE** — RECEIVED

**RESPONSE**   115-2005-0047   10a

DATE RECEIVED: MAY 12 2020

Your allegations have already been forwarded to the Office of the Inspector General for further review and action if necessary. Your grievance is being approved for the sole purpose of forwarding to the Office of the Inspector General and is not a substantiation of your allegations.

Based on the above information, your grievance is **Approved**.

Official (Print Name): C. Tyler
Official (Signature): Tyler
Date: 5-14-20

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/15)
Incorporated by Reference in Rule 33-103.005, F.A.C.

Christopher M. Tierney #R56554 C2211L
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL. 32583



The Clerk of the Court
United States District Court
One North Palafox Street
Pensacola, FL. 32502-5658

RECEIVED FEB 18 2022

LEGAL MAIL

LEGAL MAIL

Christopher M. Tierney #R56554 C2211L
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL. 32583