UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER M. TIERNEY
PLAINTIFF

CASE NO.: 3:20-CV-05738/LC/ZCB

V

J. HATTAWAY, ET AL.
DEFENDANTS

RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGEMENT

NOW COMES THE PLAINTIFF, CHRISTOPHER M. TIERNEY, PRO SE, AND HEREBY FILES THIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND STATES THE FOLLOWING IN SUPPORT OF DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT;

1. DEFENDANTS DID USE OF FORCE, WHICH WAS ILLEGAL AND UNLAWFUL, AS DEFENDANTS DID NOT REPORT USE OF FORCE, DID NOT WRITE INCIDENT REPORTS, HAD NO PENOLOGICAL PURPOSE FOR USING FORCE, VIOLATED STATE STATUTES OF FLORIDA, BY COMMITTING ASSAULT AND BATTERY ON PLAINTIFF; NOT REPORTING USE OF FORCE AND OR WRITING INCIDENT REPORT CONCERNING THE MATTER, CH. 33-602.210 OF THE FL. ADMIN. CODE STATES THE POLICY AND PROCEDURE FOR "USE OF FORCE" CONDUCTED BY FLORIDA DEPARTMENT OF CORRECTIONS EMPLOYEES, AND THE U.S. CONSTITUTION AS THEY USED CRUEL AND UNUSUAL PUNISHMENT AGAINST PLAINTIFF WHICH VIOLATED HIS CONSTITUTIONALLY PROTECTED RIGHTS, SPECIFICALLY THE 8TH AMENDMENT. DETAILS —

(PAGE 1 OF 4)

which are described in Exhibit 1, Declaration of Christopher Michael Tierney, attached hereto, are factual and did occur on May 10, 2020; at Okaloosa Correctional Institution; at the hands of Defendants, in accordance with Exhibit 1, statement of facts declared as true and correct to the best of Plaintiff's belief and knowledge, which must be taken as true as a matter of law at this stage of the lawsuit, as Plaintiff is the nonmoving party and all evidence must be taken in a light most favorable to Plaintiff, and can be further supported by probatively valuable evidence Plaintiff possesses, which will be presented at a trial by jury, in the event this case proceeds to a jury trial; as Defendants' possess a right to contest Plaintiff's factual allegations, described in 3rd Amended Complaint and Exhibit 1, attached hereto, as to the specific facts which are genuine issues for trial; as Defendants deny and/or claim never happened/occured, the excessive/unnecessary use of force as described in complaint and/or Exhibit 1, attached hereto.

2. Defendants claim Plaintiff did not exhaust administrative remedies, which the docket will reflect the Defendants' meritless defense, as Defendants' motion to dismiss for failure to exhaust administrative remedies, [Docs 47+55], was in fact denied as Magistrate Judge declared administrative remedies, deemed exhausted, not at issue presently in this case, therefore this ground, in support of Defendants' motion for summary judgement, should be moot in accordance with [Doc 68] in this case.

3. Defendants' claim use of force never occured and there is no documentation concerning uses of force on Plaintiff surrounding incident described in complaint and Exhibit 1, attached hereto;

(Page 2 of 4)

However, plaintiff contends uses of force did occur as described in complaint and Exhibit 1, attached hereto, and were not reported due to the fact that what the defendants did, unlawfully/illegaly use force on plaintiff, as described in complaint and Exhibit 1, attached hereto, that was unjustifiable.

Accordingly, for reasons set forth above, supported by Exhibit 1, Declaration of Christopher Michael Tierney, attached hereto, the Defendants motion for summary judgement should be denied as a matter of law.

I declare, under penalty of perjury, all the facts stated herein are true and correct to the best of my belief and knowledge.

Respectfully submitted,
/s/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R56554
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 3rd, DAY OF JANUARY 2023; A TRUE AND CORRECT COPY OF THE FOREGOING WAS FURNISHED VIA U.S. MAIL TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, 1 NORTH PALAFOX ST., PENSACOLA, FL. 32502.

RESPECTFULLY SUBMITTED,
/S/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R56554
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583

I FURTHER CERTIFY THAT ON THIS 3rd DAY OF JANUARY 2023; A TRUE AND CORRECT COPY OF THE FOREGOING WAS FURNISHED VIA U.S. MAIL TO: JOE BELITZKY, SENIOR ASSISTANT ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL, PL-01 THE CAPITOL, TALLAHASSEE, FL., 32399.

RESPECTFULLY SUBMITTED,
/S/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R56554
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583.

CHRISTOPHER M. TIERNEY #R565574 C2119S
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583

LEGAL MAIL

PENSACOLA FL 325
4 JAN 2023 PM 1 L

The Clerk Of The Court
United States District Court
1 North Palafox St.
Pensacola, FL. 32502

32502-565850




JAN 0 5 2023

LEGAL MAIL

MAILED FROM A STATE CORRECTIONAL INSTITUTION

JAN 03 2023





US POSTAGE with PITNEY BOWES
ZIP 32583
02 4W
0000368416 JAN 03 2023
$ 000.0⁵⁰