IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER M. TIERNEY
PLAINTIFF

CASE NO.: 3:20-CV-05738-LC-ZCB

V.

J. HATTAWAY, ET AL.
DEFENDANTS

_____/

DECLARATION OF CHRISTOPHER MICHAEL TIERNEY

I, CHRISTOPHER MICHAEL TIERNEY, PURSUANT TO 28 U.S.C. §1746, MAKE THIS DECLARATION:

1. I AM A PRISONER, DC# R56554, IN THE FLORIDA DEPARTMENT OF CORRECTIONS, CURRENTLY SERVING A FIFTEEN YEAR SENTENCE.

2. I WAS TRANSFERED TO OKALOOSA CORRECTIONAL INSTITUTION, ON MAY 10, 2020 FROM CENTURY CORRECTIONAL INSTITUTION.

3. DURING INTAKE PROCESS, AFTER LINING UP IN A HALLWAY AND "FLEXI-CUFFED", I WAS PULLED OUT OF LINE BY OFFICER TAYLOR AND LED AROUND ANOTHER HALLWAY WHICH LED TO THE OPM UNIT (OLD PROTECTION MANAGEMENT UNIT) WHERE THERE WERE NO CAMERAS AND/OR AUDIO EQUIPMENT RECORDING THE INTERIOR OF THE OPM UNIT.

4. I WAS LED TO A SPOT AT THE END OF THE HALLWAY RIGHT PAST THE LAST CELL AND TOLD TO SIT FACING AWAY FROM THE SHOWER STALL WHICH WAS LOCATED AT THE END OF THE WING, TO WHICH I COMPLIED.

(PAGE 1 OF 3)    EXHIBIT 1

5. I WAS AGGRESSIVELY PUSHED BACKWARD INTO SHOWER STALL BY OFFICER J. HATTAWAY AND PULLED BACKWARD AGGRESSIVELY BY OFFICER J. DUNHAM AT THE SAME TIME INTO SHOWER STALL WHERE OFFICER TAYLOR WAS STANDING IN THE CORNER OF SHOWER STALL HOLDING A WHITE CAUSTICS JUG WITH A RED STRIPE ON IT.

6. OFFICER J. HATTAWAY PUT A BLUE WASH RAG OVER MY FACE AND HELD EACH SIDE OF THE WASH RAG, ON EACH SIDE OF MY HEAD, WITH RESPECTS TO HIS LEFT AND RIGHT HANDS WHILE FACING ME AT THE EDGE OF THE SHOWER STALL, WHILE OFFICER J. DUNHAM HELD ME AT MY SHOULDERS FROM THE LEFT SIDE OF MY VIEWPOINT LOOKING OUT OF SHOWER STALL AND OFFICER TAYLOR BEGAN DUMPING WATER OUT OF CAUSTICS JUG/BOTTLE INTO THE RAG ON MY FACE, WHICH I BEGAN TO STRUGGLE TRYING TO GET HATTAWAY AND DUNHAM OFF OF ME, AND THE WASH RAG SLIPPED OFF MY FACE DURING STRUGGLE, AND WITNESSED TAYLOR STILL WITH THE CAUSTICS BOTTLE STILL DUMPING WATER OVER MY FACIAL/HEAD AREA. I HAD USED MY FEET AGAINST HATTAWAY'S SHIRT, WHICH HAD WET SOCKS ON THEM, WHICH CAUSED THE FRONT OF HATTAWAY'S SHIRT TO GET WET. I WAS ATTEMPTING TO SURVIVE AS I WAS IN FEAR OF MY LIFE. I FELT A "POP" IN MY WRIST DURING THE STRUGGLE IN PART BECAUSE THE "FLEXI-CUFFS" WERE ON TOO TIGHT, ADDED TO THE STRUGGLING IN THE SHOWER STALL. I ALMOST GET MY CUFFS/HANDS AROUND FRONT (UNDER MY LEGS) WHICH CAUSES THE OFFICERS TO START YELLING AT ME TO GET MY HANDS BACK BEHIND MY BACK. I AM THEN STOOD UP AND HATTAWAY GRABS MY THROAT AND GRIPS MY WIND PIPE REALLY HARD AND PUTS ME AGAINST A WALL; THIS CAUSES ME TO INVOLUNTARILY KICK MY LEFT FOOT OUT WHICH STRIKES DUNHAM IN THE LEG. DUNHAM ENDS UP PUNCHING ME IN THE RIBS SAYING, "THAT WAS FOR KICKING ME!"

7. OFFICER HUTCHINSON WALKS UP TO ME AND SLAPS ME ON THE TOP OF THE HEAD AND SAYS "YOU'RE NOT GONNA TELL ANYBODY, RIGHT?"

I RESPOND "NO, SIR."

8. OFFICERS WALSH AND HATTAWAY WALK ME AROUND THE BACKWAY OF THE COMPOUND TO CONFINEMENT AS THE REST OF THE INMATES WERE ALREADY ON THEIR WAY BEING ESCORTED TO CONFINEMENT. NONE OF THE OFFICERS CALLED IN OUR MOVEMENT ACROSS THE COMPOUND AT NIGHT WHICH IS ALSO A VIOLATION OF POLICY AND PROCEDURE OF THE F.A.C. CH.33

9. THE CAMERAS WILL SHOW ME COMING IN LAST AFTER THE OTHER INMATES WERE ALREADY IN THE CONFINEMENT DORM WING. CAMERAS ALSO SHOW HOW I AM SOAKED FROM WATERBOARDING, AND HATTAWAY'S SHIRT FROM STRUGGLE.

10. I TRY TO GET THE COLONEL'S HELP, TELLING HIM HIS STAFF JUST ASSAULTED ME, AND THE COLONEL SAYS SOMETHING LIKE 'YEAH, IT HAPPENS' AND KEPT WALKING BY. THEN HATTAWAY LEANS UP IN MY EAR AND SAYS, "THAT ONE'S GONNA COST YOU" AND TAYLOR PULLS THE COVID-19 MASK UP ON MY FACE.

11. I CALLED A MEDICAL EMERGENCY AFTER SHIFT CHANGE AND THE NURSE DIDN'T LOOK AT MY BODY AND/OR TRY TO DOCUMENT ANYTHING. I HAD TO PUT IN AN EMERGENCY GRIEVANCE AND A SICK CALL TO SEE A DIFFERENT NURSE. THE NEXT NURSE SEEN ME THE FOLLOWING DAY AND DISCOVERED ALL THE VISIBLE INJURIES TO THE OUTSIDE OF MY BODY, WHICH MAJOR JUSTIN MCCRANNIE TOOK PICTURES OF ON HIS CELL PHONE AND WERE ALSO PHOTOGRAPHED BY INSPECTOR GENERAL RICHARD AUSTIN DURING HIS INVESTIGATION OF THE INCIDENT, WHICH OCCURED MAY 10, 2020 AT OKALOOSA CORRECTIONAL INSTITUTION.

THE FACTS STATED ABOVE, UNDER PENALTY OF PERJURY, ARE TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE.

RESPECTFULLY SUBMITTED,

DATE: DECEMBER 29, 2022     /S/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R56554
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, FL. 32583
DECLARANT

(PAGE 3 OF 3)

CHRISTOPHER M. TIERNEY #R56554 C21195
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E. MILTON RD.
MILTON, RD. 32583

LEGAL MAIL

PENSACOLA FL 325
4 JAN 2023 PM 1 L

The Clerk Of The Court
UNITED STATES DISTRICT COURT
1 NORTH PALAFOX ST.
PENSACOLA, FL. ████ 32502

JAN 05 2023

LEGAL MAIL

32502-565850




MAILED FROM A STATE
CORRECTIONAL INSTITUTION

JAN 03 2023



ZIP 32583
02 4W
0000368416 JAN 03 2023

US POSTAGE {in} PITNEY BOWES

$ 000.00°