UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER MICHAEL TIERNEY,
    Plaintiff,

vs.                                          Case No.:  3:20cv5738/LC/ZCB

OFFICER J HATTAWAY, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 9, 2022.  (Doc. 68).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 68) is adopted and incorporated by reference in this order.

1

2. Plaintiff is found to have exhausted administrative remedies.

3. The Clerk shall return the case to the Magistrate Judge for further prodeedings.

**DONE AND ORDERED** this 9th day of January, 2023.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**