**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHRISTOPHER MICHAEL TIERNEY

    VS                                                              CASE NO.  3:20-cv-05738-LC-ZCB

J HATTAWAY et al

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action is DENIED.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

 February 23, 2023                        /s/ *Monica Broussard*
DATE                                         Deputy Clerk: Monica Broussard